# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 11, 2025

### NO. 03-21-00131-CV

**Hannah R. Tanner, Appellant**

**v.**

**Texas State University, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP**
**AFFIRMED ON REMAND -- OPINION BY JUSTICE TRIANA**
**DISSENTING OPINION BY JUSTICE CRUMP**

This is an appeal from the order signed by the trial court on January 7, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.